Argued and submitted January 5, 1995, affirmed by an equally divided court
June 13, reconsideration denied July 23, 1996

Winifred ARCHER,
*Petitioner on Review,* –

*v.*

LETICA CORPORATION,
a Michigan Corporation,
*Respondent on Review,*

*and*

Glenn TERRIS,
*Defendant.*

(CC 89-2012; CA A74792; SC S41235)

917 P2d 1024

Hank McCurdy, Portland, argued the cause and filed the petition for petitioner on review.

I. Franklin Hunsaker, of Bullivant, Houser, Bailey, Pendergrass & Hoffman, Portland, argued the cause and filed the brief for respondent on review.

David J. Riewald and Kirk S. Peterson, of Bullard, Korshoj, Smith & Jernstedt, Portland, filed a brief on behalf of *amicus curiae* Oregon Association of Defense Counsel.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Unis, Graber and Durham, Justices.**

MEMORANDUM OPINION

Affirmed by an equally divided court.

** Fadeley, J., did not participate in this decision.